IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE M. FLORES,

    Plaintiff,

vs.

BLUE MOUNTAIN HOMES, LLC;
BANK OF AMERICA; BAYVIEW
LOAN SERVICES; CR TITLE
SERVICES; POLYMATHIC
PROPERTIES; QUALITY LOAN
SERVICE CORP.; FANNIEMAE
dba FEDERAL HOME LOAN
MORTGAGE CORP.; MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC. (MERS); and
DOES 1 through 10,

    Defendants.
_____/

No. 2:12-cv-1515-GEB-EFB PS

<u>ORDER AND
FINDINGS AND RECOMMENDATIONS</u>

This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). Presently noticed for hearing on October 10, 2012 are two motions to dismiss filed by various defendants. Dckt. Nos. 9, 10; *see also* Dckt. Nos. 12, 14.

On August 28, 2012, because plaintiff had not timely filed an opposition or a statement of non-opposition to either motion to dismiss, the undersigned continued the hearing on the motions

to October 10, 2012; ordered plaintiff to show cause, in writing, no later than September 19, 2012, why sanctions should not be imposed for failure to timely file an opposition or a statement of non-opposition to the pending motions; and directed plaintiff to file an opposition to the motions, or a statement of non-opposition thereto, no later than September 19, 2012. Dckt. No. 14 at 2. The undersigned further stated that "[f]ailure of plaintiff to file an opposition to each motion will be deemed a statement of non-opposition to that motion, and may result in a recommendation that this action be dismissed for lack of prosecution and/or for failure to comply with court orders and this court's Local Rules. *See* Fed. R. Civ. P. 41(b)." *Id.*

Although the deadlines have now passed, the court docket reflects that plaintiff has not filed a response to the order to show cause, nor has he filed an opposition to or statement of non-opposition to either motion to dismiss. In light of plaintiff's failures, the undersigned will recommend that this action be dismissed for failure to prosecute the action and for failure to comply with court orders and Local Rules, and that defendants' motion to dismiss be denied as moot. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110.

Accordingly, IT IS HEREBY ORDERED that:

1. The October 10, 2012 hearing on defendants' motions to dismiss, Dckt. Nos. 9 and 10, is vacated; and

2. The status (pretrial scheduling) conference currently set for hearing on December 19, 2012 is vacated.[1]

IT IS FURTHER RECOMMENDED that:

1. This action be dismissed pursuant to Federal Rule of Civil Procedure 41(b), based on plaintiff's failure to prosecute the action and to comply with court orders and Local Rules;

////

---

[1] As a result, the parties are not required to submit status reports as provided in the August 16, 2012 minute order. *See* Dckt. No. 12. However, if the recommendation of dismissal herein is not adopted by the district judge, the undersigned will reschedule the status conference and require the parties to submit status reports.

2. Defendants' motions to dismiss, Dckt. Nos. 9 and 10, be denied as moot; and

3. The Clerk be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED: September 24, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3